James Allen HOLLON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 40630.

Missouri Court of Appeals,
Western District.

Dec. 20, 1988.

Jim Lynn, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, J., Presiding, and TURNAGE and COVINGTON, JJ.

ORDER

PER CURIAM:

Appeal from denial, after evidentiary hearing, of Rule 27.26 motion for post-conviction relief.

JUDGMENT AFFIRMED. Rule 84.-16(b).